```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MATTHEW M. FRATICELLI
 6

 7
                IN THE UNITED STATES DISTRICT COURT
 8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    )   Cr.S. 09-366-EJG
11                               )
                  Plaintiff,     )   STIPULATION AND
12                               )   ORDER
         v.                      )
13                               )   DATE: October 15, 2009
    MATTHEW M. FRATICELLI,       )   Time: 10:00 a.m.
14                               )   Judge: Edward J. Garcia
                  Defendant.     )
15  _____)

16
```

17       It is hereby stipulated and agreed to between the United
18  States of America through RICHARD J. BENDER, Assistant U.S.
19  Attorney, and defendant, MATTHEW M. FRATICELLI, by and though his
20  counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender,
21  that the status conference set for Friday, September 11, 2009, be
22  continued to Thursday, October 15, 2009, at 10:00 a.m.
23       This continuance is being requested because defense counsel
24  requires additional time to review discovery, discuss the case
25  with the government, and pursue investigation.
26       Speedy trial time is to be excluded from the date of this
27  order through the date of the status conference set for October
28  / / /

1

15, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 9, 2009

                     Respectfully submitted,

                     DANIEL J. BRODERICK
                     Federal Defender

                     /S/ Dennis S. Waks
                     _____
                     DENNIS S. WAKS
                     Supervising Assistant Federal Defender
                     Attorney for Defendant
                     MATTHEW M. FRATICELLI

DATED: September 9, 2009

                     LAWRENCE G. BROWN
                     United States Attorney

                     /s/ Dennis S. Waks for Richard J. Bender
                     _____
                     RICHARD J. BENDER
                     Assistant U.S. Attorney

                     O R D E R

                  IT IS SO ORDERED.

DATED: September 10, 2009
                     /s/ Edward J. Garcia
                     EDWARD J. GARCIA
                     UNITED STATES DISTRICT JUDGE