1  DANIEL J. BRODERICK
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MATTHEW M. FRATICELLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-366-EJG | |
| ) | | |
| Plaintiff, ) | STIPULATION AND | |
| ) | ORDER | |
| v. ) | | |
| ) | DATE:  November 13, 2009 | |
| MATTHEW M. FRATICELLI, ) | Time:  10:00 a.m. | |
| ) | Judge: Edward J. Garcia | |
| Defendant. ) | | |
| _____ ) | | |

It is hereby stipulated and agreed to between the United States of America through RICHARD J. BENDER, Assistant U.S. Attorney, and defendant, MATTHEW M. FRATICELLI, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Thursday, October 15, 2009, be continued to Friday, November 13, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation. Furthermore, the defendant has been examined by a psychiatrist and we are waiting to review the final report. After that is reviewed, the defense will be in a position to pursue either a negotiated settlement

or to set further dates in anticipation of trial.  In addition, government counsel will be out of town and unavailable on October 23, 30, and Nov. 6, 2009.  However, the parties should be able to make use of the interim time period to consider the possible options after the mental examination report is reviewed, which should occur within the next one or two weeks.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 13, 2009, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 13, 2009

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /S/ Dennis S. Waks
                        _____
                        DENNIS S. WAKS
                        Supervising Assistant Federal Defender
                        Attorney for Defendant
                        MATTHEW M. FRATICELLI

DATED: October 13, 2009

                        LAWRENCE G. BROWN
                        United States Attorney

                        /s/ Dennis S. Waks for Richard J. Bender
                        _____
                        RICHARD J. BENDER
                        Assistant U.S. Attorney

_____

O R D E R

IT IS SO ORDERED.

DATED: October 14, 2009

                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA
                        UNITED STATES DISTRICT JUDGE