DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MATTHEW M. FRATICELLI




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C/EJG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW M. FRATICELLI,<br>Defendant. | Cr.S. 09-366-EJG<br><br>STIPULATION AND ORDER<br><br>DATE: February 12, 2010<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through RICHARD J. BENDER, Assistant U.S. Attorney, and defendant, MATTHEW M. FRATICELLI, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, January 29, 2010, be continued to Friday, February 12, 2010, at 10:00 a.m.

On January 15, 2010, the defendant entered a guilty plea before this court to the Indictment; no sentencing date was set. The case was continued after the government requested a psychological evaluation of the defendant. The parties are requesting additional time to discuss the need for an evaluation and to determine who might perform the evaluation. The parties

will be in court on February 12, 2010, unless the issues are resolved by a stipulation and order, which will include a presentence investigation report schedule.

DATED: January 28, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MATTHEW M. FRATICELLI

DATED: January 28, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for Richard J. Bender

RICHARD J. BENDER
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: Jan 28, 2010

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE