# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**FILED**

APR  8 2010

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

RE:  **Matthew Michael FRATICELLI**
     Docket Number:  2:09CR00366-01
     **CONTINUANCE OF JUDGMENT**
     **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from April 30, 2010 at 10:00 AM to June 4, 2010 at 10:00 AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer has incurred a family emergency and is unavailable to complete the presentence interview.

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **FRATICELLI, Matthew Michael**
 **Docket Number: 2:09CR00366-01**
 **CONTINUANCE OF JUDGMENT AND SENTENCING**

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Jeffrey C Oestreicher for LVC*

**LORI V. CLANTON**
**Senior United States Probation Officer**

REVIEWED BY: *Jeffrey C Oestreicher*

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated:  March 31, 2010
 Sacramento, California
 JCO/mc

Attachment

cc: Clerk, United States District Court
 Richard Bender, Assistant United States Attorney
 United States Marshal's Office
 Dennis Waks, Assistant Federal Defender
 Probation Office Calendar clerk

✓ **Approved**    _____    4/1/10
              **EDWARD J. GARCIA**
              **Senior United States District Judge**    **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:09CR00366-01 |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **Matthew Michael FRATICELLI** | |
| **Defendant.** _____/ | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | June 4, 2010 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | May 28, 2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 21, 2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 14, 2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 7, 2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | April 23, 2010 |