**FILED**
APR 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

*Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:    **Matthew Michael FRATICELLI**
                               Docket Number: 2:09CR00366-01
                               **CONTINUANCE OF JUDGMENT
                               AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 06/04/2010 to 07/09/2010. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer has been out of the office on bereavement leave.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,

                                        Lori V. Clanton
                                     Senior United States Probation Officer

**REVIEWED BY:**       _Jeffrey C. Oestreicher_
                            Jeffrey C. Oestreicher
                            **Supervising United States Probation Officer**

Dated:      April 22, 2010
              Sacramento, California
              LVC/mc

Attachment

**FILED**
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CONTINUANCE – TO JUDGE (EJG).MRG

1

**RE:**   **Matthew Michael Fraticelli**
           **Docket Number:   2:09CR00366-01**
           <u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>


cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


✓ **Approved**                  _____           4/27/10
                                **EDWARD J. GARCIA**
                                **Senior United States District Judge**           **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Matthew Michael Fraticelli,<br><br>Defendant. | Docket Number: 2:09CR00366-01<br>SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/09/2010 |
| Reply, or Statement of Non-Opposition: | 07/02/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/25/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/18/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/11/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/28/2010 |