**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM



FILED
JUN 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

DATE:     June 10, 2010

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia
          United States District Court Judge

FROM:     Katina Whalen, Legal Secretary to
          Dennis S. Waks, Supervising Assistant Federal Defender

SUBJECT:  United States v. Matthew Fraticelli
          Cr.S. 09-366-EJG

---

Please continue the judgment and sentencing hearing currently set for July 9, 2010, to **Friday, July 16, 2010, at 10:00 a.m.** Assistant United States Attorney, Richard Bender and United States Probation Officer, Lori Clanton, have no objection to the new scheduled dates. The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

Counsel's Written Objections to the Presentence Report
shall be due no Later Than . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 18, 2010

The Presentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than . . . . . . . . . . . . . . June 25, 2010

Motion for Correction of the Presentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel no Later Than . . . . . . . . . July 2, 2010

Reply or statement of non-opposition . . . . . . . . . . . . . . . . . . . . July 9, 2010

Judgment and Sentencing . . . . . . . . . . . . . . . . . . . . . . . . . . . July 16, 2010

If you have any questions concerning the above, please feel free to contact me.

DSW:kw
cc:  Richard Bender, Assistant United States Attorney
     Lori Clanton, United States Probation Officer
     Matthew Fraticelli, Defendant

IT IS SO ORDERED:
6/14/10
EDWARD J. GARCIA
United States District Court Judge